**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHWESTERN DIVISION**

| | |
|---|---|
| AARON BORLAND,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF CARTHAGE, MISSOURI, et al.,<br><br>Defendants. | Case No. 3:26-cv-05062-MBB |

## JOINT DESIGNATION OF NEUTRAL

In accordance with the Notice of Inclusion, MAP General Order, and any applicable guidelines, the parties file their Designation of Neutral as follows:

NEUTRAL'S NAME: Stephen H. Snead

_________ Not on List
(*This should be marked with an "X" only if the person is not on Court's List of Neutrals but was approved by the MAP Director*)

SESSION TYPE: ___X___ Mediation ______ ADR-O

SESSION DATE AND TIME: October 15, 2026 @ 10:00 a.m.

SESSION LOCATION: 1855 South Ingram Mill Road, Suite 207, Springfield, MO 65804

MODE OF SESSION: In person: ______ Virtual: ______ Hybrid __X___

**ALESHIRE ROBB, P.C.**

By */s/Gregory W. Aleshire*
Gregory W. Aleshire MO #38691
William R. Robb MO #43322
2847 Ingram Mill Road, A-102
Springfield, MO 65804
417.869.3737 PHONE
417.869.5678 FAX
*info@aleshirerobb.com*
**ATTORNEYS FOR PLAINTIFF**

**ENSZ & JESTER, P.C.**

*/s/ Matthew J. Gist*
MATTHEW J. GIST MO #54732
1100 Main Street, Suite 2121
Kansas City, MO 64105
Telephone: 816-474-8010
Facsimile: 816-471-7910
Email: mgist@enszjester.com
**ATTORNEY FOR DEFENDANTS City of Carthage, Missouri, Michael Miller, Nate Dally, and Traci Cox**

**FISHER, PATTERSON, SAYLER & SMITH, LLP**

*/s/ Paul F. Gordon*
Paul F. Gordon MBN 35776
Logan G. Wallace MBN 73989
9393 W. 110th, Suite 300
Corporate Woods, Bldg. 51
Overland Park, KS 66210
Telephone: (913) 339-6757
Facsimile: (913) 660-7919
pgordon@fpsslaw.com
lwallace@fpsslaw.com
**ATTORNEY FOR DEFENDANTS ABIGAEL ALMANDINGER, GREG DAGNAN and DAN RIFE**

**KEENAN & BHATIA, LLC**

*/s/E.E. Keenan*
Sonal Bhatia (Mo. #67519)
Edward (E.E.) Keenan (Mo. #62993)
4600 Madison Avenue, Suite 810
Kansas City, MO 64112
Tel: (816) 327-2273
sonal@keenanfirm.com
ee@keenanfirm.com

*Attorneys for Defendant Keenan & Bhatia, LLC*