**IN THE UNITED STATE DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHWESTERN DIVISION**

| | |
|---|---|
| AARON BORLAND,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF CARTHAGE, MISSOURI, ABIGAEL ALMANDINGER, MICHAEL MILLER, GREG DAGNAN, NATE DALLY, TRACI COX, DAN RIFE and KEENAN & BHATIA, LLC,<br><br>Defendants. | Case No. 3:26-cv-05062 |

**DEFENDANT ALMANDINGER'S MOTION FOR JUDGMENT ON THE PLEADINGS ON COUNT IV OF PLAINTIFF'S COMPLAINT**

COMES NOW Defendant Almandinger, by and through counsel of record, pursuant to Federal Rule of Civil Procedure 12(c) respectfully moves the Court for judgment on the pleading in her favor on Count IV of Plaintiff Complaint as such claim fails as a matter of law. Count IV brings a claim of defamation against Defendant Almandinger. As set forth fully in the attached Suggestions in Support, Defendant Almandinger is immune from Plaintiff's defamation claim by judicial proceedings privilege.

WHEREFORE, for the reasons stated herein and the suggestions in support incorporated herein, Defendant Almandinger prays the Court enter judgment in her favor, on Count IV of Plaintiff's Complaint, dismiss such claim with prejudice and with costs assessed to Plaintiff, and for such further and different relief as the Court deems appropriate.

Respectfully submitted,

**FISHER, PATTERSON, SAYLER & SMITH, LLP**

/s/ Paul F. Gordon

Paul F. Gordon MBN 35776
Logan G. Wallace MBN 73989
9393 W. 110th, Suite 300
Corporate Woods, Bldg. 51
Overland Park, KS 66210
Telephone: (913) 339-6757
Facsimile: (913) 660-7919
pgordon@fpsslaw.com
lwallace@fpsslaw.com
ATTORNEY FOR DEFENDANTS ABIGAEL ALMANDINGER, GREG DAGNAN and DAN RIFE

## CERTIFICATE OF SERVICE

I hereby certify the above and foregoing was filed with the Court through its electronic filing system on September 3, 2026, with a copy sent via electronic mail to:

Gregory W. Aleshire #38691
William R. Robb #43322
ALESHIRE ROBB P C
2847 Ingram Mill Road, A-102
Springfield, MO 65804
Telephone: (417) 869-3737
Facsimile: (417) 869-5678
info@aleshirerobb.com
Attorneys for Plaintiff

Sonal Bhatia #67519
Edward Keenan #62993
KEENAN & BHATIA LLC
4600 Madison Avenue, Suite 810
Kansas City, MO 64112
Telephone: (816) 327-2273
Sonal@keenanfirm.com
ee@keenanfirm.com
Attorneys for Defendant Keenan & Bhatia LLC

Matthew J. Gist #54732
ENSZ & JESTER, PC
1100 Main Street, Suite 2121
Kansas City, Mo 64105
Telephone: (816) 474-8010
Facsimile: (816) 471-7910
mgist@enszjester.com
Attorneys for Defendants City of Carthage, Michael Miller, Nate Dally, and Traci Cox

/s/ Paul F. Gordon
ATTORNEYS FOR DEFENDANTS ABIGAEL ALMANDINGER, GREG DAGNAN and DAN RIFE