**IN THE UNITED STATE DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHWESTERN DIVISION**

| | |
|---|---|
| AARON BORLAND,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF CARTHAGE, MISSOURI, ABIGAEL ALMANDINGER, MICHAEL MILLER, GREG DAGNAN, NATE DALLY, TRACI COX, DAN RIFE and KEENAN & BHATIA, LLC,<br><br>Defendants. | Case No. 3:26-cv-05062 |

**DEFENDANTS' ALMANDINGER, DAGNAN AND RIFE'S MOTION FOR JUDGMENT ON THE PLEADINGS ON COUNTS I, II AND III OF PLAINTIFF'S COMPLAINT**

COME NOW Defendants Almandinger, Dagnan and Rife (collectively the "Defendants"), by and through counsel of record, pursuant to Federal Rule of Civil Procedure 12(c) and moves the Court for judgment on the pleadings in their favor on Counts I, II and III of Plaintiff's Complaint as such claims fail as a matter of law. Claims against the Defendants in their official capacity in Counts I, II and III should be dismissed because they are duplicative of the claims against Defendant City of Carthage, Missouri (the "City"). Additionally, Count II (§ 1983 Conspiracy) fails because (1) the Defendants are immune from such claim pursuant to Qualified Immunity, and (2) Plaintiff's Complaint fails to plead sufficient facts to establish a meeting of the minds. Finally, Count III (Tortious Interference with a Business Expectancy) must be dismissed because the Defendants are not third parties separate from the City of Carthage, Missouri.

WHEREFORE, for the reasons stated herein and the suggestions in support incorporated herein, Defendants Almandinger, Dagnan and Rife pray the Court enter judgment in their favor on Counts I, II and III of Plaintiff's Complaint, dismiss such claims with prejudice and with costs assessed to Plaintiff, and for such further and different relief as the Court deems appropriate.

Respectfully submitted,

**FISHER, PATTERSON, SAYLER & SMITH, LLP**

/s/ Paul F. Gordon

Paul F. Gordon MBN 35776
Logan G. Wallace MBN 73989
9393 W. 110th, Suite 300
Corporate Woods, Bldg. 51
Overland Park, KS 66210
Telephone: (913) 339-6757
Facsimile: (913) 660-7919
pgordon@fpsslaw.com
lwallace@fpsslaw.com
ATTORNEY FOR DEFENDANTS
ABIGAEL ALMANDINGER, GREG
DAGNAN and DAN RIFE

**CERTIFICATE OF SERVICE**

I hereby certify the above and foregoing was filed with the Court through its electronic filing system on September 3, 2026, with a copy sent via electronic mail to:

Gregory W. Aleshire #38691
William R. Robb #43322
ALESHIRE ROBB P C
2847 Ingram Mill Road, A-102
Springfield, MO 65804
Telephone: (417) 869-3737
Facsimile: (417) 869-5678
info@aleshirerobb.com
Attorneys for Plaintiff

Sonal Bhatia #67519
Edward Keenan #62993
KEENAN & BHATIA LLC
4600 Madison Avenue, Suite 810
Kansas City, MO 64112
Telephone: (816) 327-2273
Sonal@keenanfirm.com
ee@keenanfirm.com
Attorneys for Defendant Keenan & Bhatia LLC

Matthew J. Gist #54732
ENSZ & JESTER, PC
1100 Main Street, Suite 2121
Kansas City, Mo 64105
Telephone: (816) 474-8010
Facsimile: (816) 471-7910
mgist@enszjester.com
Attorneys for Defendants City of Carthage, Michael Miller, Nate Dally, and Traci Cox

/s/ Paul F. Gordon
ATTORNEYS FOR DEFENDANTS ABIGAEL ALMANDINGER, GREG DAGNAN and DAN RIFE