**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| AARON BORLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:26-cv-05062 |
| | ) | |
| CITY OF CARTHAGE, MISSOURI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

**COMES NOW,** Defendant, City of Carthage, Missouri, ("Defendant City") by and through their undersigned counsel, and ask this Court for the entry of a protective order governing the release and use of certain records the Parties anticipate using in this matter, stating as follows:

1. Plaintiff has requested from Defendant City, documents that are closed records under the Missouri Sunshine Law, section 610.010, et seq. The documents requested contain personal and confidential information of current and former employees of the City. The documents requested also include law-enforcement investigatory documents in an open and pending matter.

2. Defendant City believes these documents are relevant, discoverable, and necessary for the efficient resolution of this matter.

3. Counsel for Defendant City has conferred with counsel for co-Defendants and Plaintiff, and they consent to the entry of the proposed Protective Order.

WHEREFORE, the City of Carthage, Missouri, respectfully requests that this Honorable Court enter the proposed order, a copy of which is being filed contemporaneously, and all further relief as this Court deems just and proper.

Respectfully Submitted,

/s/ Matthew J/ Gist
MATTHEW GIST MO #54732
1100 Main Street, Suite 2121
Kansas City, Missouri 64105
Telephone: 816-474-8010
Fax: 816-471-7910
Email: mgist@enszzjester.com
**ATTORNEY FOR DEFENDANTS**
**City of Carthage, Missouri, Michael Miller, Nate Dally, and Traci Co**x

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 11, 2026, the above and foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

GREGORY W. ALESHIRE MO #38691
WILLIAM R. ROBB MO #43322
ALESHIRE ROBB, P.C.
2847 Ingram Mill Road, A-102
Springfield, Missouri 65804
Telephone: 417-869-3737
Facsimile: 417-869-5678
Email: info@aleshirerobb.com
**ATTORNEYS FOR PLAINTIFF**
**Aaron Borland**

and

EDWARD (E.E.) KEENAN MO #62993
SONAL BHATIA MO #67519
JR MONTGOMERY MO #68281
AARON HADLOW MO #70987
KEENAN & BHATIA, LLC
4600 Madison Ave., Suite 810
Kansas City, Missouri 64112
Telephone: 816-809-2100
Email: ee@keenanfirm.com
sonal@keenanfirm.com
jr@keenanfirm.com
aaron@keenanfirm.com
**ATTORNEYS FOR DEFENDANT**
**Keenan & Bhatia, LLC**

and

PAUL F. GORDON MO #35776
LOGAN G. WALLACE MO #73989
FISHER, PATTERSON, SAYLER & SMITH, LLC
9393 W 110th, Suite 300
Corporate Woods, Bldg. 51
Overland Park, Kansas 66210
Telephone: 913-339-6757
Facsimile: 913-660-7919
Email: pgordon@fpsslaw.com
lwallace@fpsslaw.com

**ATTORNEYS FOR DEFENDANTS**
**Abigael Almandinger, Greg Dagnan, and**
**Dan Rife**

/s/ Matthew J. Gist

**ATTORNEY FOR DEFENDANTS**
**City of Carthage, Missouri, Michael**
**Miller, Nate Dally, and Traci Cox**