**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| AARON BORLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:26-cv-05062 |
| | ) | |
| CITY OF CARTHAGE, MISSOURI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR UNOPPOSED EXTENSION OF TIME

**COME NOW** Defendants City of Carthage, Missouri ("City"), Michael Miller ("Miller"), Nate Dally ("Dally"), and Traci Cox ("Cox"), by and through undersigned counsel, and hereby request an extension of time to submit their discovery responses and objections to Plaintiff Aaron Borland. In support of this Motion, the City, Miller, Dally, and Cox state as follows:

1. Plaintiff submitted his first requests for the production of documents to the City, Miller, Dally, and Cox on August 17, 2026.

2. The City, Miller, Dally, and Cox's responses and objections are currently due on September 16, 2026. *See* Fed. R. Civ. P. 33(b)(2)(A), 36(a)(3).

3. Undersigned counsel conferred with Plaintiff's counsel on September 11, 2026, and Plaintiff does not oppose the relief requested in this Motion.

4. Defendants respectfully request an extension up to and including September 25, 2026, within which to serve their responses and objections to the requests for production.

5. This is the City's, Miller's, Dally's, and Cox's first request for an extension of time to respond to discovery requests, and the current deadline has not yet expired. *See* Fed. R. Civ. P. 6(b)(1)(A).

6. Good cause exists for the requested extension because undersigned counsel requires additional time to collect, review, and confer with Defendants regarding the requested documents and information necessary to prepare complete and accurate responses to the requests.

7. The requested extension is not sought for purposes of delay, and no party will be prejudiced by the relief requested as it is an unopposed request.

8. The requested extension will not affect the close of discovery or any other deadline set forth in the Court's Scheduling Order.

WHEREFORE, Defendants City of Carthage, Missouri, Michael Miller, Nate Dally, and Traci Cox respectfully request that the Court grant their unopposed motion and extend the deadline for Defendants to serve their responses and objections to Plaintiff's requests for production up to and including September 25, 2026, and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

**ENSZ & JESTER, P.C.**

/s/ Matthew J. Gist

MATTHEW J. GIST MO #54732
1100 Main Street, Suite 2121
Kansas City, MO 64105
Telephone: 816-474-8010
Facsimile: 816-471-7910
Email: mgist@enszjester.com
**ATTORNEY FOR DEFENDANTS**
**City of Carthage, Missouri, Michael Miller, Nate Dally, and Traci Cox**

## CERTIFICATE OF SERVICE

I hereby certify that, on September 15, 2026, the above and foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

GREGORY W. ALESHIRE MO #38691
WILLIAM R. ROBB MO #43322
ALESHIRE ROBB, P.C.
2847 Ingram Mill Road, A-102
Springfield, Missouri 65804
Telephone: 417-869-3737
Facsimile: 417-869-5678
Email: info@aleshirerobb.com
**ATTORNEYS FOR PLAINTIFF**
**Aaron Borland**

and

EDWARD (E.E.) KEENAN MO #62993
SONAL BHATIA MO #67519
JR MONTGOMERY MO #68281
AARON HADLOW MO #70987
KEENAN & BHATIA, LLC
4600 Madison Ave., Suite 810
Kansas City, Missouri 64112
Telephone: 816-809-2100
Email: ee@keenanfirm.com
sonal@keenanfirm.com
jr@keenanfirm.com
aaron@keenanfirm.com
**ATTORNEYS FOR DEFENDANT**
**Keenan & Bhatia, LLC**

and

PAUL F. GORDON MO #35776
LOGAN G. WALLACE MO #73989
FISHER, PATTERSON, SAYLER & SMITH, LLC
9393 W 110th, Suite 300
Corporate Woods, Bldg. 51
Overland Park, Kansas 66210
Telephone: 913-339-6757
Facsimile: 913-660-7919
Email: pgordon@fpsslaw.com
lwallace@fpsslaw.com

**ATTORNEYS FOR DEFENDANTS**
**Abigael Almandinger, Greg Dagnan, and Dan Rife**

/s/ Matthew J. Gist

**ATTORNEY FOR DEFENDANTS**
**City of Carthage, Missouri, Michael Miller, Nate Dally, and Traci Cox**