**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHWESTERN DIVISION**

| | |
|---|---|
| AARON BORLAND,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF CARTHAGE, MISSOURI, ABIGAEL ALMANDINGER, MICHAEL MILLER, GREG DAGNAN, NATE DALLY, TRACI COX, DAN RIFE, and KEENAN & BHATIA, LLC,<br><br>Defendant. | Case No. 3:26-cv-05062-MBB |

**CERTIFICATE OF SERVICE**

COMES NOW Plaintiff Aaron Borland and affirms that one copy of Plaintiff's First Interrogatories to Defendant Abigael Almandinger, Greg Dagnan, and Dan Rife, Plaintiff's Second Requests for Production of Documents to Defendant Abigael Almandinger, and this Certificate of Service were served upon Counsel for Defendant, via email, this 29th day of September, 2026.

**ALESHIRE ROBB, P.C.**

By */s/Gregory W. Aleshire*
Gregory W. Aleshire MO #38691
William R. Robb MO #43322
2847 Ingram Mill Road, A-102
Springfield, MO 65804
417.869.3737 PHONE
417.869.5678 FAX
*info@aleshirerobb.com*
**ATTORNEYS FOR PLAINTIFF**