**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| AARON BORLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:26-cv-05062 |
| | ) | |
| CITY OF CARTHAGE, MISSOURI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

**COMES NOW** Defendant City of Carthage, Missouri ("City"), by and through undersigned counsel, and hereby certifies that Defendant City of Carthage's Objections and Responses to Plaintiff's Fourth Set of Requests for Production to Defendant City and documents Bates numbered CITY 000308-1595 were served via email on November 2, 2026, to all counsel of record.

Respectfully submitted,

**ENSZ & JESTER, P.C.**

/s/ Matthew J. Gist

MATTHEW J. GIST MO #54732
1100 Main Street, Suite 2121
Kansas City, MO 64105
Telephone: 816-474-8010
Facsimile: 816-471-7910
Email: mgist@enszjester.com
**ATTORNEY FOR DEFENDANTS**
**City of Carthage, Missouri, Michael Miller, Nate Dally, and Traci Cox**

## CERTIFICATE OF SERVICE

I hereby certify that, on November 2, 2026, the above and foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

GREGORY W. ALESHIRE MO #38691
WILLIAM R. ROBB MO #43322
ALESHIRE ROBB, P.C.
2847 Ingram Mill Road, A-102
Springfield, Missouri 65804
Telephone: 417-869-3737
Facsimile: 417-869-5678
Email: info@aleshirerobb.com
**ATTORNEYS FOR PLAINTIFF**
**Aaron Borland**

and

PAUL F. GORDON MO #35776
LOGAN G. WALLACE MO #73989
FISHER, PATTERSON, SAYLER & SMITH, LLC
9393 W 110th, Suite 300
Corporate Woods, Bldg. 51
Overland Park, Kansas 66210
Telephone: 913-339-6757
Facsimile: 913-660-7919
Email: pgordon@fpsslaw.com
lwallace@fpsslaw.com
**ATTORNEYS FOR DEFENDANTS**
**Abigael Almandinger, Greg Dagnan, and Dan Rife**

/s/ Matthew J. Gist
**ATTORNEY FOR DEFENDANTS**
**City of Carthage, Missouri, Michael Miller, Nate Dally, and Traci Cox**